IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

WILLIE L. JOHNSON,                                                    Case No. 2:19 cv 01290-MK
                                                                                              **ORDER**

       Plaintiff,

   v.

COLETTE PETERS, BRAD CAIN,
CHRISTOPHER THOMSON,

       Defendants,

_____

AIKEN, District Judge.

    Magistrate Judge Mustafa Kasubhai has filed his Findings and Recommendations ("F&R") (Doc. 21) recommending that defendants' Motion for Summary Judgment (Doc. 17) should be granted.  This matter is now before me.  *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    No objections were timely filed.  Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final decision." *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc).  The Magistrates Act does not specify a standard of review in cases

Page 1 - ORDER

where no objections are filed.  *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7,

2012).  Following the recommendation of the Rules Advisory Committee, the Court

review the F&R for "clear error on the face of the record[.]"  Fed. R. Civ. P. 72 advisory

committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d

196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002)

(stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee

Notes provide a reliable source of insight into the meaning of" a federal rule).

The Court finds no clear error in Magistrate Judge Mustafa Kasubhai's F&R.

Accordingly, the Court adopts the F&R (Doc. 21) in its entirety.  Defendants' Motion

for Summary Judgment (Doc. 17) is granted and this case is dismissed.

IT IS SO ORDERED.

Dated this 12th day of January, 2021.


                                        _____/s/Ann Aiken_____
                                              Ann Aiken
                                    United States District Judge


Page 2 - ORDER